**BOUTIN JONES INC.**
Michael E. Chase, SBN 214506
Bashar S. Ahmad, SBN 258619
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597

Attorneys for Paramount Equity Mortgage, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERACTIVE INTELLIGENCE CAAS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>PARAMOUNT EQUITY MORTGAGE, LLC,<br><br>    Defendant. | Case No.: 2:16-cv-02122-JAM-GGH<br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT AND EXTENDING DEADLINE TO FILE JOINT STATUS REPORT** |

## STIPULATION

WHEREAS, on September 6, 2016 Plaintiff Interactive Intelligence CaaS, Inc. ("Plaintiff") filed a Complaint for Damages for Breach of Contract ("Complaint") against Defendant Paramount Equity Mortgage, LLC ("Defendant") (Plaintiff and Defendant are sometimes referred to collectively as "the Parties").

WHEREAS, Defendant's original deadline to respond to Plaintiff's Complaint was October 4, 2016.

WHEREAS, on September 15, 2016, Plaintiff and Defendant, through their respective counsel, stipulated to extend Defendant's deadline to respond to the Complaint to November 1, 2016 (Doc. No. 6).

**STIPULATION AND [PROPOSED] ORDER**
-1-

825466.1

1  WHEREAS, pursuant to the Court's Order Requiring Joint Status Report dated September 6, 2016 (Doc. No. 4), the Parties' current deadline to file the Joint Status Report including the Rule 26(f) discovery plan, after meeting and conferring as required by Fed. R. Civ. P. 26(f), is November 14, 2016.

WHEREAS, the Parties' representatives have met, in person, to engage in compromise negotiations within the meaning of Fed. R. Evid. 408 and continue to attempt to resolve this matter through direct communications.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate that Defendant shall have a further extension through and including December 1, 2016 to respond to Plaintiff's Complaint.

Plaintiff and Defendant further stipulate and request that, to enable the Parties to continue with their compromise negotiations, the Parties' deadline to file the Joint Status Report including the Rule 26(f) discovery plan be extended thirty days to December 14, 2016.

**IT IS SO STIPULATED.**

Dated:   October 25, 2016              **BOUTIN JONES INC.**

By:   /s/ *Michael E. Chase*
Michael E. Chase
Bashar S. Ahmad
Attorneys for Paramount Equity Mortgage, LLC

Dated:   October 25, 2016              **LAW OFFICES OF GREGG A. RAPOPORT**

By:   /s/ *Gregg A. Rapoport**
Gregg A. Rapoport
Attorneys for Interactive Intelligence CaaS, Inc.

*  filed with permission obtained October 25, 2016.

**STIPULATION AND [PROPOSED] ORDER**
-2-

825466.1

**ORDER**

Upon the stipulation of Plaintiff Interactive Intelligence CaaS, Inc. ("Plaintiff") and Defendant Paramount Equity Mortgage, LLC ("Defendant"), by and through their respective counsel, and good cause appearing,

**IT IS ORDERED** that Defendant's deadline to respond to Plaintiff's Complaint is extended to December 1, 2016.

**IT IS FURTHER ORDERED** that the deadline to file the Joint Status Report including the Rule 26(f) discovery plan is extended to December 14, 2016.

**IT IS SO ORDERED**

Dated: 10/25/2016                               /s/ John A. Mendez_____
                                                UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER**
-3-

825466.1