1

**BOUTIN JONES INC.**
Michael E. Chase, SBN 214506

2  Bashar S. Ahmad, SBN 258619
555 Capitol Mall, Suite 1500

3  Sacramento, CA 95814-4603
Telephone: (916) 321-4444

4  Facsimile: (916) 441-7597

5  Attorneys for Paramount Equity Mortgage, LLC

6

7

## UNITED STATES DISTRICT COURT

8  ### EASTERN DISTRICT OF CALIFORNIA

9

10  INTERACTIVE INTELLIGENCE CAAS,
INC.,

11

12                    Plaintiff,

           vs.

13

14  PARAMOUNT EQUITY MORTGAGE, LLC,

15                    Defendant.

16  _____

**Case No.: 2:16-cv-02122-JAM-GGH**

**SECOND STIPULATION AND ORDER FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT AND EXTENDING DEADLINE TO FILE JOINT STATUS REPORT AND NOTICE OF SETTLEMENT [LOCAL RULE 160]**

17

18                    **STIPULATION**

19      WHEREAS, on September 6, 2016 Plaintiff Interactive Intelligence CaaS, Inc. ("Plaintiff")

20  filed a Complaint for Damages for Breach of Contract ("Complaint") against Defendant

21  Paramount Equity Mortgage, LLC ("Defendant") (Plaintiff and Defendant are sometimes referred

22  to collectively as "the Parties").

23      WHEREAS, Defendant's original deadline to respond to Plaintiff's Complaint was

24  October 4, 2016.

25      WHEREAS, on September 15, 2016, Plaintiff and Defendant, through their respective

26  counsel, stipulated to extend Defendant's deadline to respond to the Complaint to November 1,

27  2016 (Doc. No. 6).

28

_____
**STIPULATION AND [PROPOSED] ORDER**
-1-

1    WHEREAS, pursuant to the Court's Order Requiring Joint Status Report dated September

2 6, 2016 (Doc. No. 4), the Parties' initial deadline to file the Joint Status Report including the Rule

3 26(f) discovery plan, after meeting and conferring as required by Fed. R. Civ. P. 26(f), was

4 November 14, 2016.

5    WHEREAS, on October 26, 2016, this Court entered an Order pursuant to the Parties'

6 prior stipulation extending Defendant's deadline to respond to the Complaint to December 1,

7 2016, and the Parties' deadline to file the Joint Status Report including the Rule 26(f) discovery

8 plan to December 14, 2016 (Doc. No. 9).

9    WHEREAS, the Parties have now agreed to resolve this matter and, provided certain

10 conditions are met, Plaintiff will be filing a dismissal of this action with prejudice within the next

11 ten (10) business days.

12    NOW THEREFORE, Plaintiff and Defendant, by and through their respective counsel,

13 hereby notify the Court of settlement pursuant to Local Rule 160.

14    Plaintiff and Defendant stipulate that Defendant shall have a further extension through and

15 including December 30, 2016 to respond to Plaintiff's Complaint.

16    Plaintiff and Defendant further stipulate and request that, to enable the Parties to finalize

17 their settlement, the Parties' deadline to file the Joint Status Report including the Rule 26(f)

18 discovery plan be extended thirty days to January 13, 2017.

19    **IT IS SO STIPULATED.**

20 Dated:   November 28, 2016          **BOUTIN JONES INC.**

21                                        By:   _/s/ Michael E. Chase_____
                                            Michael E. Chase
22                                        Bashar S. Ahmad
                                            Attorneys for Paramount Equity Mortgage, LLC
23

24 Dated:   November 28, 2016          **LAW OFFICES OF GREGG A. RAPOPORT**

25                                        By:   _/s/ Gregg A. Rapoport*_____
                                            Gregg A. Rapoport
26                                        Attorneys for Interactive Intelligence CaaS, Inc.

27 *  filed with permission obtained November 28, 2016.

28
                                    _____
                        STIPULATION AND [PROPOSED] ORDER
                                            -2-

**ORDER**

Upon the stipulation of Plaintiff Interactive Intelligence CaaS, Inc. ("<u>Plaintiff</u>") and Defendant Paramount Equity Mortgage, LLC ("<u>Defendant</u>"), by and through their respective counsel, and good cause appearing,

**IT IS ORDERED** that Defendant's deadline to respond to Plaintiff's Complaint is extended to December 30, 2016.

**IT IS FURTHER ORDERED** that the deadline to file the Joint Status Report including the Rule 26(f) discovery plan is extended to January 13, 2017.

**IT IS SO ORDERED.**

Dated:   11/28/2016                    /s/ John A. Mendez_____

                                            UNITED STATES DISTRICT COURT JUDGE

833728.1