Constance R. Lindman (*pro hac vice* pending)
SMITHAMUNDSEN LLC
201 N. Illinois St., Ste. 1400
Capital Center, South Tower
Indianapolis, IN 46204-4212
Tel. (317) 464-4102 Fax (317) 464-4103
clindman@salawus.com

Gregg A. Rapoport (SBN 136941)
LAW OFFICES OF GREGG A. RAPOPORT, APLC
444 S. Flower St., Ste. 1700
Los Angeles, CA 90071
Tel. (213) 438-5285  Fax (213) 478-0955
gar@garlaw.us

Attorneys for Plaintiff
INTERACTIVE INTELLIGENCE CAAS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| INTERACTIVE INTELLIGENCE CAAS, INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br>PARAMOUNT EQUITY MORTGAGE, LLC,<br><br>　　　　　　　Defendant. | Case No.  2:16−CV−02122-JAM-GGH<br>*Hon. John A. Mendez*<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action have entered into and now request the Court to approve by the attached Order the following Stipulation:

WHEREAS,

1. On September 6, 2016, Plaintiff Interactive Intelligence CaaS, Inc. ("Plaintiff") filed this action against Defendant Paramount Equity Mortgage, LLC ("Defendant") (Plaintiff and Defendant are sometimes referred to collectively as "the Parties").

2. By stipulation filed on September 15, 2016 (Dkt. #6), and by Orders on Stipulations entered on October 26, 2016 and November 29, 2016 (Dkt. #9 and #11), Defendant's deadline to respond to Plaintiff's Complaint in this action was extended.

3. The Parties wish to dismiss this action in its entirety, with prejudice.

NOW THEREFORE,

The Parties, through their respective counsel herein, HEREBY STIPULATE TO DISMISS THIS ENTIRE ACTION WITH PREJUDICE.

**IT IS SO STIPULATED.**

Dated: December 7, 2016        **BOUTIN JONES INC.**
                               By: /s/ *Michael E. Chase*\*
                               Michael E. Chase
                               Bashar S. Ahmad
                               Attorneys for Paramount Equity Mortgage, LLC

Dated: December 7, 2016        **LAW OFFICES OF GREGG A. RAPOPORT, APLC**
                               By: /s/ *Gregg A. Rapoport*
                               Gregg A. Rapoport
                               Attorneys for Interactive Intelligence CaaS, Inc.

---

\* Filed with permission obtained December 7, 2016.

# ORDER

The foregoing Stipulation For Dismissal With Prejudice of Plaintiff Interactive Intelligence CaaS, Inc. and Defendant Paramount Equity Mortgage, LLC, executed by and through their respective counsel, is APPROVED, and IT IS ORDERED that this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 12/7/2016

/S/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

-3-

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE